496 S.E.2d 380 (1998)
347 N.C. 660
Ernestine RICHARDSON; Merle Richardson
v.
McCRACKEN ENTERPRISES, d/b/a McCracken Oil Company, a North Carolina corporation.
No. 341A97.
Supreme Court of North Carolina.
March 6, 1998.
Steven E. Hight, P.A. by Steven E. Hight and Steven H. McFarlane, Louisburg, for plaintiff-appellants.
Hatch, Little & Bunn, L.L.P. by A. Bartlett White, Harold W. Berry, and Tina L. Frazier, Raleigh, for defendant-appellee.
PER CURIAM.
AFFIRMED.